# Exhibit D

| | |
|---|---|
| Document title: | Company - Yantai Ciso Lubrication Technology Co., Ltd. |
| Capture URL: | https://www.cisolube.com/about/ |
| Page loaded at (UTC): | Thu, 11 Dec 2025 17:54:06 GMT |
| Capture timestamp (UTC): | Thu, 11 Dec 2025 17:55:14 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 5 |
| Capture ID: | r3ooYECz6hudDkHT63hUjz |
| Display Name: | Kelly.Moore |

PDF REFERENCE #:   q3t2rfLBLJKrdNSAbkWcpX



Call on
+8615864607907

Email
info@cisolube.com

Language

Home    Lubrication System    Products    Solution    Company    Services    Resources    News    Contact Us

Home / Company

# Company Profile

Yantai Ciso Lubrication Technology Co., Ltd. is a leading high-tech enterprise that specializes in the research, development, production, and sales of centralized lubrication systems and hydraulic equipment. Our products are known for their high stability, robust reliability, excellent sealing, and high output pressure.

Our company operates on the principles of integrity, quality, and continuous innovation. We strive to provide our customers with A+ ideal solutions that cater to their diverse needs. Over the years, we have honed our skills through rigorous research, development, and production practices. From product design and accessory selection to product assembly, finished product testing, and sales services, we ensure the highest quality centralized grease lubrication system in every aspect of our work.






# Company Culture



### Customer First

From the perspective of customers, we are committed to providing customers with ideal solutions that exceed customers' expectations, so as to create excellent value for customers.

### Pursue Quality

Keep improving, adhering to a rigorous scientific attitude, specializing in quality assurance; We pay more attention to the details of products to make products more humanized.

### Innovation and Transformation

As a professional lubrication system company, new technology brings high efficiency and new ideas open up new fields.

# Our History







## Our History



## Honor Certificates





  

# Common Centralized Lubrication System Products

  

**DSL Dual-line Metering Devices**   **MC-ISystem Control Box**   **Chain Lubrication Brushes**

# Latest News About Centralized Lubrication System



**Stainless Steel Grease Distribution Blocks For Automatic Lubrication Systems**

NOV 20 2025

Read More



**DUAL-LINE/TWO-LINE Automatic Lubrication System For Steel Plants**

SEP 18 2025

Read More

**Lubrication System**   **Solution**   **Quick Links**   **Contact Us**





**DSL Dual-line Metering Devices**

**MC-ISystem Control Box**

**Chain Lubrication Brushes**

## Latest News About Centralized Lubrication System





**Stainless Steel Grease Distribution Blocks For Automatic Lubrication Systems**

NOV 20 2025

Read More



**DUAL-LINE/TWO-LINE Automatic Lubrication System For Steel Plants**

SEP 18 2025

Read More

---

**Lubrication System**

Progressive Lubrication Systems
Single-Line Lubrication Systems
Dual-line Lubrication Systems
Agricultural Machinery Lubrication System
Customized Intelligent Lubrication System
Rail Lubrication System

**Products**

Lubrication Pumps
Grease Distributor Valve
Controllers and Sensors
Lubrication System Accessories

**Solution**

Agricultural Machinery
Construction Machinery
Mining Equipment
Petroleum Equipment
Wind Power Equipment
Steel Metallurgy Equipment
Harbor Facilities
Machine Tool Equipment
Automation Equipment

**Quick Links**

Company
Services
Document Download
FAQ
Video
Company News
Blog

**Contact Us**

info@cisolube.com
+8615864607907
No. 41 Bosina Road, High-Tech Zone, Yantai City, Shandong Province, China

Copyright © Yantai Ciso Lubrication Technology Co., Ltd. All Rights Reserved.   Sitemap | Privacy Policy

Document title: Company - Yantai Ciso Lubrication Technology Co., Ltd.
Capture URL: https://www.cisolube.com/about/
Capture timestamp (UTC): Thu, 11 Dec 2025 17:55:14 GMT                                                              Page 4 of 4