# Exhibit I

PageVault

| | |
|---|---|
| Document title: | Floor Plan & Exhibitor List \| Permian Basin International Oil Show |
| Capture URL: | https://pbioilshow.org/event/floor-plan-and-exhibitor-list |
| Page loaded at (UTC): | Thu, 11 Dec 2025 18:01:14 GMT |
| Capture timestamp (UTC): | Thu, 11 Dec 2025 18:02:01 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 3 |
| Capture ID: | wR1ziUGPPjUvXfeCbhTrmY |
| Display Name: | Kelly.Moore |

PDF REFERENCE #:     mP2N1KKxEFniyfPt3xfnC4


English  Español  Subscribe on LinkedIn



About   The Event   Exhibitors   Attendees   Sponsors   Symposium

Quick Links

 Sponsors            

# Floor Plan/Exhibitor List

- Event Information
- Schedule of Events
- Floor Plan & Exhibitor List
- What's New
- Exhibitor Portal

View Large Floor Plan

**\*SOLD OUT\* Apply to Exhibit to be waitlisted. Exhibit space on the map is subject to prior sale.**

Menu

Exhibitor List   Fit   Clear

Rented



This website uses cookies to ensure you get the best experience. Learn More   Accept   Reject

---

Document title: Floor Plan &amp; Exhibitor List | Permian Basin International Oil Show
Capture URL: https://pbioilshow.org/event/floor-plan-and-exhibitor-list
Capture timestamp (UTC): Thu, 11 Dec 2025 18:02:01 GMT   Page 1 of 2



